356 A.2d 358
COMMONWEALTH of Pennsylvania
v.
John D'AMBRO, Appellant.

Supreme Court of Pennsylvania.
Argued March 30, 1976.
Decided May 12, 1976.

Joseph C. Santaguida, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., David Michelman, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of Sentence affirmed.

356 A.2d 358
COMMONWEALTH of Pennsylvania, Appellee,
v.
Geraldine LUCAS, Appellant.

Supreme Court of Pennsylvania.
Argued Jan. 13, 1976.
Decided May 12, 1976.

F. Ross Crumlish, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., James J. Wilson, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.

356 A.2d 359

**In re ESTATE of Anna F. BUPP.**

**Appeal of Harold R. BUPP et al.**

Supreme Court of Pennsylvania.

Argued March 8, 1976.

Decided May 12, 1976.

Lee C. McCandless, Butler, for appellant.

Norman D. Jaffe, Butler, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Decree affirmed. Each party to bear own costs.